**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**


**CHRISTINE MOORE**                                                                      **PLAINTIFF**

**v.**                                          **2:05CV00297-WRW**

**FORREST CITY SCHOOL DISTRICT, *ET AL.***                          **DEFENDANTS**


### JUDGMENT

Consistent with the Order that was entered on this day, Plaintiff's claims are DISMISSED

WITH PREJUDICE.

DATED this 26th day of April, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE